FILED
MAR - 3 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**WALTER ROCELLA FOSTER,**  Civil No. 07-1224-ST

    Petitioner,

                                             O R D E R

    v.

**ANTHONY SANTOS,**

    Respondent.

---

Francesca Frecerro
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204

    Attorney for Petitioner

John R. Kroger
Attorney General

Page 1 - ORDER

Summer R. Gleason
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon 97310

      Attorney for Respondent

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on February 4, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation dated February 4, 2010 (#45) in its entirety.

IT IS HEREBY ORDERED that the Amended Petition for Writ of Habeas Corpus (#11) is denied. The court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 USC § 2253(c)(2).

DATED this _____ day of March, 2010.

                                        GARR M. KING
                                      United States District Judge